PAUL J. LEEDS (Bar No. 214309)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendants
JOHN MORRELL, PAUL LEEDS, and
HIGGS, FLETCHER & MACK, LLP

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JOHN A. HARBIN,<br><br>        Debtor. | CASE NO. 02-03303-JH<br><br>ADV. NO. ASSIGNED TO REMOVED ACTION: |
| JOHN A. HARBIN,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN MORRELL, an individual; PAUL LEEDS, an individual; HIGGS, FLETCHER & MACK, LLP, and DOES 1 through 100, inclusive,<br><br>        Defendants. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1452(a)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendants John Morrell, Paul Leeds, and Higgs, Fletcher & Mack, LLP ("Defendants") hereby remove to this Court the state court action described below, pursuant to 28 USC Section 1452(a) and FRBP 9027(a).

### I. INTRODUCTION

1.    On October 30, 2009 an action was commenced in the Superior Court of the State of California in and for the County of San Diego, entitled *John A. Harbin v. John Morrell, an*

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

958006.1

*Harbin vs. Morrell
Case No. 02-03303-JH*
NOTICE OF REMOVAL

1    *individual; Paul Leeds, an individual; Higgs, Fletcher and Mack, LLP; and Does 1 through 100*

2    as Case No. 37-2009-00101399-CU-PN-CTL.  A copy of the complaint is lodged herewith as

3    Exhibit "A."

4         2.     On April 15, 2010, Defendants accepted service of the Summons and Complaint.

5    A copy of the summons is attached hereto as Exhibit "B."  A copy of the Notices of

6    Acknowledgment of Receipt of the summons and complaint are attached as Exhibit "C".

7                **II.  BASIS FOR REMOVAL TO BANKRUPTCY COURT**

8         3.     On April 3, 2002, Plaintiff John A. Harbin filed a voluntary petition for relief

9    under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").  The case was

10   converted to a case under Chapter 11 on August 13, 2002, which case is pending before the

11   United States Bankruptcy Court for the Southern District of California (the "Bankruptcy Court")

12   as Case No. 02-03303-JH.  See Declaration of Paul J. Leeds filed concurrently herewith.

13         4.     Pursuant to 28 U.S.C. section 1452(a), a claim or cause of action in a civil action

14   (other than a proceeding before the United States Tax Court or a civil action by a governmental

15   unit to enforce such governmental unit's police or regulatory power) may be removed to the

16   district court for the district where the civil action is pending, as long as the district court has

17   jurisdiction of the claim or cause of action under 28 U.S.C. section 1334.

18         5.     Here, the state court action relates to the bankruptcy case filed by Plaintiff John A.

19   Harbin because the entire complaint is predicated upon the Defendants' representation of Harbin

20   as a Debtor-in-Possession in the Chapter 11 case of John Harbin, U.S.B.C. Case No. 02-03303.

21         6.     Section 1334(e) provides that federal district courts have exclusive jurisdiction of

22   all property, wherever located, of the debtor and of the estate.  28 U.S.C. § 1334(e).  The Debtor

23   has filed an amendment to his statements and schedules admitting that the claim herein is

24   property of his bankruptcy estate.

25         7.     Section 1334 also states that the federal district courts have jurisdiction of all civil

26   proceedings related to cases under Title 11.  28 U.S.C. § 1334(b).[1]  "The test for deciding whether

27   a civil proceeding is 'related to' bankruptcy is 'whether the outcome of the proceeding could

28

---

[1] Cases related to Title 11 were referred to this Bankruptcy Court pursuant to 28 U.S.C. section 157.

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

958006.1                  2

*Harbin vs. Morrell*
*Case No. 02-03303-JH*
NOTICE OF REMOVAL

1    conceivably have any effect on the estate being administered.'" <u>Williams v. Shell Oil Co., et al,</u>

2    169 B.R. 684, 688 (Bankr.C.D.Ca. 1994) (quoting <u>In re Fietz</u>, 852 F.2d 455, 457 (9th Cir. 1988)).

3         8.    This case is not a proceeding before the United States Tax Court.

4         9.    This case is not a civil action by a governmental unit to enforce its police or

5    regulatory power.

6         10.    This matter is a core proceeding as defined in 28 U.S.C. §157(a) and (b).

7    **III.  PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED**

8         11.    This Notice of Removal is being filed within the time required by 28 U.S.C.

9    §1446(b).

10         12.    The United States Bankruptcy Court for the Southern District of California

11    embraces the county in which the state court action is now pending.  Therefore, this action is

12    properly removed to this Court pursuant to 28 USC Section 1452(a).

13         13.    The Defendants are filing written notice of this removal to plaintiff and will file a

14    copy of the notice with the clerk of the State court in which this action is currently pending.

15         WHEREFORE, Defendant respectfully requests that the above action be removed from

16    the Superior Court of the State of California in and for the County of San Diego to the United

17    States Bankruptcy Court, Southern District of California, and pray further that this Court issue all

18    necessary orders and process and grant such other and further relief as in law and justice

19    Defendants may be entitled to receive.

20    DATED:  May 11, 2010                                    HIGGS, FLETCHER & MACK LLP

21                                                            By:_____
22                                                               PAUL J. LEEDS
23                                                               Attorneys for Defendants,
                                                                 JOHN MORRELL, PAUL LEEDS, and
                                                                 HIGGS, FLETCHER & MACK, LLP
24

25

26

27

28

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

958006.1                                3                         *Harbin vs. Morrell*
                                                                  *Case No. 02-03303-JH*
                                                                  NOTICE OF REMOVAL

EXHIBIT "A"

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Steven J. Renshaw #132640<br>Christine A. Renshaw # 249648<br>Renshaw & Associates APLC<br>107 Figueroa St. Ventura, Ca. 93001<br>TELEPHONE NO.: (805) 643-1529    FAX NO.: (805) 643-1520<br>ATTORNEY FOR *(Name)*: John Harbin | FILED<br>CIVIL BUSINESS OFFICE 13<br><br>2009 OCT 30 P 1: 40<br><br>S.... .....NTY, CA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego 92101
BRANCH NAME: Central

CASE NAME:
Harbin v. Morrell

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER:<br>37-2009-00101399-CU-PN-CTL |
|---|---|---|---|---|
| [✓] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[✓] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [✓] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [✓] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify)*: one : professional negligence
5. This case [ ] is  [✓] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 10/29/09
Steven J. Renshaw
_____    ▶ _____
(TYPE OR PRINT NAME)                           (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

"BY FAX"

1   Steven J. Renshaw, Esq.  (SBN 132640)
2   Renshaw & Associates, APLC
    107 Figueroa Street, Ste. 600
3   Ventura, California 93001
    Telephone:  (805) 643-1529
4   Facsimile:  (805) 643-1520
5   srenshaw@renshawlegal.com

6   Attorney for Plaintiff, John A. Harbin
7

FILED
BUSINESS OFFICE 13

2009 OCT 30  P 1: 40

COURT
SAN DIEGO COUNTY, CA

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   COUNTY OF SAN DIEGO - CENTRAL

10

11  )                                        CASE NO. 37-2009-00101399-CU-PN-CTL
12  JOHN A. HARBIN,                )
                                   )
13          Plaintiff,             )          COMPLAINT FOR PROFESSIONAL
14                                 )          NEGLIGENCE
        v.                         )
15                                 )
16  JOHN MORRELL, an individual;   )
    PAUL LEEDS, an individual,     )
17  HIGGS, FLETCHER & MACK, LLP;   )
    and DOES 1 through 100,        )
18  inclusive,                     )
19                                 )
20          Defendants.            )
                                   )
21  _____    )

22      Plaintiff alleges:

23
24      1.      Plaintiff, John A. Harbin ("Harbin") is an individual residing in Orange

25  County, California, and is formerly a resident of Los Angeles and San Diego Counties

26  during the times herein mentioned.

27      2.      Defendant John Morrell ("Morrell") is, and at all times herein mentioned

28  was, an individual believed to be residing in the County of San Diego, California.

                                    1

"BY FAX"

3.    Defendant Paul Leeds ("Leeds") is, and at all times herein mentioned was an individual believed to be residing in the County of San Diego, California.

4.    Higgs, Fletcher & Mack, LLP ("the Firm") is, and at all times mentioned was, a law firm doing business in Los Angeles and San Diego County, California.

5.    Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1-100 inclusive, and therefore sue these Defendants by their fictitious names. Plaintiff will amend the Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants is negligently responsible for the occurrences herein alleged, and that Plaintiff's losses as herein alleged were proximately caused by such negligence.

6.    Plaintiff is informed and believes and thereon alleges that at all times mentioned herein all defendants and DOES 1 through 100 were acting as the agent and/or employee of each remaining defendant, and were acting within the scope of said agency and/or employment, and that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged and that plaintiff's damages, as herein alleged, were proximately caused by such defendants.

7.    At all times mentioned herein, Defendants Morrell and Leeds were attorneys licensed to engage in the practice of law in the State of California and were practicing law at 401 West "A" Street, Suite 2600, San Diego, California 92101.

8.    Defendant Morrell is, and at all times mentioned was, a partner at the Defendant Firm.

9.    Defendant Leeds is a partner at the Defendant Firm, though for some time period while employed with the Defendant Firm, was an associate attorney at the Defendant Firm.

10.    At all times herein mentioned, Defendants Morrell and Leeds were the agents and employees of the Defendant Firm and in doing the things herein alleged were acting within the scope of such agency and employment.

2

COMPLAINT FOR PROFESSIONAL NEGLIGENCE

11.    In or about August, 2002, in San Diego, California, Plaintiff Harbin retained and employed Morrell, Leeds, and the Firm (collectively "Defendants") to represent him in bankruptcy in the Southern District of California, Case Number 02-03303-JH, and ultimately, in the Ninth Circuit Court of Appeals in Pasadena, California. At such time and place, Defendants accepted such employment and agreed to perform legal services for Plaintiff.

12.    At all times thereafter, Defendants and each of them failed to exercise reasonable care, skill and diligence in their performance of legal services for Plaintiffs with respect to the following matters:

    A.    In re Harbin, Case No. 02-03303-JH, now renamed 02-03303-LT.

    B.    In re Harbin, Ninth Circuit Court of Appeals

13.    Defendants and each of them informed Plaintiff that he would retain ownership of his personal residence located at 1707 Visalia Row, Coronado, California in his filing for bankruptcy. Specifically, Defendants, and each of them, stated that a claim against Defendant Harbin by Jeffrey Sherman, ("Sherman") a party of interest in Harbin's bankruptcy, would have no effect on his retention of his personal residence, even if Sherman prevailed in his appeals on the state court level.

14.    Sherman ultimately was successful in his appeals at the state court level in the Second District Court of Appeals and at the federal bankruptcy court level in the Ninth Circuit Court of Appeals. Sherman's successes at the appellate court level eventually required Harbin to convert his bankruptcy from Chapter 11 to Chapter 7. In Chapter 7, the bankruptcy court approved the sale of Harbin's personal residence.

15.    Based upon Defendants' representations and recommendations, Plaintiff agreed to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code. Plaintiff paid administrative expenses of $ 349,000.00 in his Chapter 11 bankruptcy.

16.    Defendants, and each of them, informed Plaintiff that any of Sherman successes at the state and federal appellate levels would have little effect on the results in his bankruptcy, Plaintiff would retain his personal residence, and any of Sherman's

3

COMPLAINT FOR PROFESSIONAL NEGLIGENCE

1 | successes would merely affect who would be the recipient of any distribution of
2 | Plaintiff's assets from a fixed amount.

3 |       17.   As a result of Defendant's failure to exercise reasonable care, skill, and
4 | diligence in their performance of legal services, Plaintiff suffered damages, as he paid
5 | administrative expenses in bankruptcy that was unnecessary.

6 |       18.   As a result of Defendant's failure to exercise reasonable care, skill, and
7 | diligence in their performance of legal services, Plaintiff suffered damages, as he was
8 | required to hire other legal professionals to assist him in his current bankruptcy.

9 |       19.   As a result of Defendant's failure to exercise reasonable care, skill, and
10 | diligence in their performance of legal services, Plaintiff suffered damages, as he was
11 | requested to pay $ 200,000.00 to the Chapter 7 trustee to retain his personal residence.

12 |       20.   As a result of Defendants' negligence, Plaintiffs are entitled to damages in
13 | an amount according to proof at trial.

14 | WHEREFORE, Plaintiff prays for judgment against Defendants and each of them as
15 | follows:

16 |       1.    For damages according to proof;
17 |       2.    For costs of suit herein incurred;
18 |       3.    For such other and further relief as the Court may deem proper.

Respectfully submitted,

Dated:  October 15, 2009      RENSHAW & ASSOCIATES, APLC

By: _____
Steven J. Renshaw, Esq.
Attorney for Plaintiff, JOHN A. HARBIN

4

COMPLAINT FOR PROFESSIONAL NEGLIGENCE

EXHIBIT "B"

**SUMMONS**
*(CITACION JUDICIAL)*

SUM-100

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
CIVIL BUSINESS OFFICE 13

2009 OCT 30 P 1: 40

SAN DIEGO COUNTY, CA

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

JOHN MORRELL, an individual; PAUL LEEDS, an individual;
HIGGS, FLETCHER & MACK, LLP, & DOES 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JOHN A. HARBIN, an individual

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):* San Diego Superior Court

330 W. Broadway
San Diego, Ca. 92101

CASE NUMBER:
*(Número de Caso):*
37-2009-00101399-CU-PN-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Steven J. Renshaw  107 Figueroa St. Ventura, Ca. 93001  (805) 643-1529

DATE:
*(Fecha)*  OCT 3 0 2009

Clerk, by
*(Secretario)*  D. JOHNSON , Deputy
*(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

EXHIBIT "C"

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steven J. Renshaw #132640<br>Renshaw @ Associates APLC<br>107 Figueroa St.  Ventura, Ca. 93001<br><br>TELEPHONE NO.: (805) 643-1529    FAX NO. *(Optional):* (805) 643-1520<br>E-MAIL ADDRESS *(Optional):* srenshaw@renshawlegal.com<br>ATTORNEY FOR *(Name):* John Harbin | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, Ca. 92101
BRANCH NAME:

PLAINTIFF/PETITIONER: John Harbin

DEFENDANT/RESPONDENT: John Morrell, Paul Leeds, Higgs , Fletcher & Mack

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>37-2009-001013990CU-PN- |
|---|---|

TO *(insert name of party being served):* Paul Leeds

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing: 3/31/10

Steven J. Renshaw
_____
(TYPE OR PRINT NAME)                                    ▶ _____
                                                          (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [✓]   A copy of the summons and of the complaint.
2. [ ]    Other *(specify):*

*(To be completed by recipient):*

Date this form is signed: 4/15/2010

PAUL J. LEEDS
_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)          ▶ _____
                                                 (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
                                                 ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com



**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steven J. Renshaw #132640<br>Renshaw @ Associates APLC<br>107 Figueroa St. Ventura, Ca. 93001 | |

TELEPHONE NO.: (805) 643-1529    FAX NO. *(Optional):* (805) 643-1520
E-MAIL ADDRESS *(Optional):* srenshaw@renshawlegal.com
ATTORNEY FOR *(Name)*: John Harbin

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, Ca. 92101
BRANCH NAME:

PLAINTIFF/PETITIONER: John Harbin

DEFENDANT/RESPONDENT: John Morrell, Paul Leeds, Higgs , Fletcher & Mack

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>37-2009-001013990CU-PN- |
|---|---|

TO *(insert name of party being served)*: Higgs, Fletcher & Mack

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing: 3/31/10

Steven J. Renshaw
_____          ▶
(TYPE OR PRINT NAME)                         (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [✓]   A copy of the summons and of the complaint.
2. [ ]   Other *(specify):*

*(To be completed by recipient):*

Date this form is signed:

Higgs Fletcher Mack
_____          ▶ _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,         (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                  ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Steven J. Renshaw #132640<br>Renshaw @ Associates APLC<br>107 Figueroa St.  Ventura, Ca. 93001<br><br>TELEPHONE NO.: (805) 643-1529    FAX NO. *(Optional)*: (805) 643-1520<br>E-MAIL ADDRESS *(Optional)*: srenshaw@renshawlegal.com<br>ATTORNEY FOR *(Name)*: John Harbin | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, Ca. 92101
BRANCH NAME:

PLAINTIFF/PETITIONER: John Harbin

DEFENDANT/RESPONDENT: John Morrell, Paul Leeds, Higgs , Fletcher & Mack

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>37-2009-001013990CU-PN- |
|---|---|

TO *(insert name of party being served)*: John Morrell

---

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 3/31/10

Steven J. Renshaw
_____                    _____
(TYPE OR PRINT NAME)                                        (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:

1. [✓]  A copy of the summons and of the complaint.
2. [ ]  Other *(specify)*:

*(To be completed by recipient):*

Date this form is signed:

_____                    _____
John Morrell
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,            (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                        ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

---

Page 1 of 1